```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UPPER POTTSGROVE TOWNSHIP      :      CIVIL ACTION
                               :
     v.                        :
                               :
INTERNATIONAL FIDELITY         :
INSURANCE CO.                  :      NO. 13-1758
```

ORDER

AND NOW, this 2nd day of October, 2013, upon consideration of defendant International Fidelity Insurance Co.'s motion to dismiss Count IV of the complaint (docket entry # 14), plaintiff Upper Pottsgrove Township's response in opposition thereto (docket entry # 15), the defendant's motion for leave to file a reply brief and the reply brief attached thereto (docket entry # 16), and for the reasons set forth in our Memorandum of this day, it is hereby ORDERED that:

      1.  The defendant's motion to dismiss Count IV of the Complaint (docket entry # 14) is GRANTED;

      2.  The defendant's motion for leave to file a reply (docket entry # 16) is GRANTED; and

      3.  Defendant shall RESPOND to plaintiff's complaint by October 17, 2013.

                                        BY THE COURT:

                                        _/s/ Stewart Dalzell, J._
                                        Stewart Dalzell, J.

2

Case 2:13-cv-01758-SD   Document 18   Filed 10/02/13   Page 2 of 2