IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UPPER POTTSGROVE TOWNSHIP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL FIDELITY | : | |
| INSURANCE CO. | : | NO. 13-1758 |

## ORDER

AND NOW, this 2nd day of October, 2013, upon consideration of defendant International Fidelity Insurance Co.'s motion to dismiss Count IV of the complaint (docket entry # 14), plaintiff Upper Pottsgrove Township's response in opposition thereto (docket entry # 15), the defendant's motion for leave to file a reply brief and the reply brief attached thereto (docket entry # 16), and for the reasons set forth in our Memorandum of this day, it is hereby ORDERED that:

    1. The defendant's motion to dismiss Count IV of the Complaint (docket entry # 14) is GRANTED;

    2. The defendant's motion for leave to file a reply (docket entry # 16) is GRANTED; and

    3. Defendant shall RESPOND to plaintiff's complaint by October 17, 2013.

                                             BY THE COURT:

                                             _/s/ Stewart Dalzell, J._
                                             Stewart Dalzell, J.